# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF LOUISIANA

Edward Blue

Plaintiff

v.

Experian Information Solutions Inc., et. al.

Defendant

3:26-cv-00470

Civil Action No.

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Civil Rule 7.1,
Plaintiff, Edward Blue,

provides the following information:

      A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Plaintiff Edward Blue

Raburn Kaufman, LLC

Counsel for Plaintiff, Jonathan Raburn

Defendant Experian Information Solutions, Inc.

Defendant Equifax Information Services, LLC

Defendant Trans Union, LLC

Defendant Midland Credit Management, Inc.

Defendant Credit Corp Solutions, Inc.

Defendant National Credit Adjusters, LLC

Jonathan Raburn LA Bar No. 28728

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.