**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

EDWARD BLUE

        Plaintiff                CASE NO. 3:26-cv-00470-JWD-EWD

**JURY TRIAL DEMANDED**

V.

EXPERIAN INFORMATION
SOLUTIONS, INC, EQUIFAX
INFORMATION SERVICES,
LLC, TRANS UNION, LLC,
NATIONAL CREDIT
ADJUSTERS, LLC, MIDLAND
CREDIT MANAGEMENT, INC and
CREDIT CORP SOLUTIONS, INC

        Defendants

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for

Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties have

a direct, pecuniary interest in the outcome of this case. This certification is made to enable the

Court to evaluate possible disqualification or recusal:

1.      Parent Companies:  The ultimate parent company of Experian is Experian plc.

2.      Subsidiaries Not Wholly Owned:  The following companies are the US-based

subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

(a)      Central Source LLC

(b)    Online Data Exchange LLC

(c)    New Management Services LLC

(d)    VantageScore Solutions LLC

(e)    Opt-Out Services LLC

3.    Publicly Held Companies:  Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: June 4, 2026

Respectfully Submitted,

/s/ Julie M. McCall
Julie M. McCall
Butler Snow LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Tel.: 225-325-8734

Fatmeh Basma (*pro hac vice forthcoming*)
Goodwin Procter LLP
1900 N Street NW
Washington DC 20036
Tel.: 202-346-4528

*Attorneys for Defendant Experian
Information Solutions, Inc.*