# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Edward Blue

Plaintiff

v.                                                                    3:26 cv 470

                                                                      Civil Action No.

Experian Information Solutions, Inc., et al.

Defendant

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Experian Information Solutions, Inc.

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Edward Blue, Plaintiff; Raburn Kaufman, LLC (counsel for Plaintiff); Experian Information Solutions, Inc.; Butler Snow, LLP (counsel for Experian); Central Source, LLC, Online Data Exchange, LLC; New Management Services, LLC; VantageScore Solutions, LLC; Opt Out Services, LLC; Trans Union, LLC; National Credit Adjusters, LLC; Midland Credit Management, Inc.; Credit Corp Solutions, Inc.

Julie M. McCall La. 29992

Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.