# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF
## LOUISIANA

EDWARD BLUE

              CASE NO. 3:26-cv-00470

           Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
Inc. et al
           Defendants.

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC.

NOW COMES Plaintiff, Edward Blue who files this Notice, and in support would show as follows:

1.     Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Trans Union, LLC.

2.     Plaintiff will file the documentation required to terminate Trans Union, LLC and will file a Notice of Voluntary Dismissal once the closing documents are exchanged and executed.

Dated June 5, 2026

Respectfully submitted,

        /s/Jonathan Raburn
        Jonathan Raburn
        ATTORNEY FOR PLAINTIFF
        Louisiana Bar Roll No. 28728
        Raburn Kaufman, LLC
        8570 Anselmo Lane
        Baton Rouge, Louisiana 70810
        jraburn@raburnkaufman.com
        Telephone: 225-412-2777

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th of June, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record.


/s/*Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF