**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**EDWARD BLUE**

**VERSUS**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC., et al.**

**CASE NO. 3:26-CV-00470-JWD-EWD**

**JUDGE JOHN W. deGRAVELLES**

**MAGISTRATE JUDGE ERIN WILDER**
**DOOMES**

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

COMES NOW, Defendant, Midland Credit Management, Inc. ("Midland"), by and through its undersigned counsel of record, Balch & Bingham LLP, appearing specially without waiving any defenses, and respectfully files its Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint filed against it in this matter, and would show unto this Honorable Court as follows:

1.      On April 30, 2026 Plaintiff, Edward Blue ("Blue"), filed his Complaint against Midland, among others [Dkt. 1].

2.      Midland was served on May 21, 2026 and its current deadline to answer or otherwise respond to the Complaint is June 11, 2026.

3.      Undersigned counsel has recently been retained by Midland in this matter.  Midland respectfully requests a fourteen (14) day extension, or until June 25, 2026, to answer or otherwise respond to the Complaint filed against it in this matter.

4.      Undersigned counsel has conferred with counsel for Plaintiff and certifies to this Honorable Court that Plaintiff has no objection to the requested extension.

5.      Undersigned counsel further certifies to this Honorable Court that no prior extensions have been sought by Midland in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant, Midland Credit Management, Inc., respectfully requests that this Honorable Court grant its Motion and extend its deadline to answer or otherwise respond to the Complaint filed against it in this matter from June 11, 2026 to June 25, 2026.

Respectfully submitted, this the 9th day of June, 2026.

MIDLAND CREDIT MANAGEMENT, INC.

BY:    BALCH & BINGHAM LLP

BY:    /s/ *Matthew W. McDade*
           Of Counsel

Matthew W. McDade (LA Bar No. 32899)
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
Telephone:  (228) 864-9900
Facsimile:  (228) 864-8221
mmcdade@balch.com

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this day I have caused the foregoing pleading to be filed electronically filed with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 9th day of June, 2026.

/s/ *Matthew W. McDade*
Of Counsel