AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:26-cv-00470

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* National Credit Adjusters, LLC
was received by me on *(date)* 5/20/26 .

☑ I personally served the summons on the individual at *(place)* MaryScott Tarver (CSC
on *(date)* 5/20/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/20/26 _____
_____ *Server's signature*

Mia Levermann-Law Clerk
*Printed name and title*

8570 Anselmo Ln, Baton Rouge, LA 70810
*Server's address*

Additional information regarding attempted service, etc: