**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| EDWARD BLUE, | CASE NO. 3:26-CV-00470-JWD-EWD |
| Plaintiff, | |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, NATIONAL CREDIT ADJUSTERS, LLC, MIDLAND CREDIT MANAGEMENT, INC and CREDIT CORP SOLUTIONS, INC, | JUDGE JOHN W. deGRAVELLES <br><br> MAGISTRATE JUDGE ERIN WILDER DOOMES |
| Defendants. | |

**DEFENDANT CREDIT CORP SOLUTIONS, INC.'S UNOPPOSED MOTION
AND BRIEF FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT**

COMES NOW, Credit Corp Solutions, Inc. (hereinafter referred to as "Defendant") in the above-styled action, and submits this motion and brief requesting additional time to respond to Plaintiff's Complaint as follows:

1.

Defendant was served on May 20, 2026; therefore, its deadline to respond to the Complaint is June 10, 2026.

4932-6472-8247 v1

2.

Defendant has recently retained the undersigned counsel to represent Defendant and Defendant is requesting an extension of time to discuss the facts with its counsel and to discuss the possibility of settlement before filing a formal response to the Complaint.

3.

Undersigned Counsel has conferred with Plaintiff's Counsel and requested a thirty (30) day extension while the parties discuss settlement of this matter, and Plaintiff's counsel graciously consented.

4.

Undersigned Counsel certifies that no prior extensions have been requested by Defendant in this matter.

5.

This Court has the authority to extend the time period in which Defendant is required to file an Answer or otherwise respond to Plaintiff's Complaint. Defendant respectfully requests an extension of time to Answer or otherwise respond to Plaintiff's Complaint for the purpose of allowing counsel time to adequately review the Complaint and prepare a response through and including July 10, 2026.

WHEREFORE, Defendant respectfully requests that this Motion be granted, and that Defendant's deadline to respond to the Complaint be extended through and including July 10, 2026.

- 2 -

4932-6472-8247 v1

Dated: June 23, 2026     Respectfully submitted:


          /s/ *Patrick M. Betts*
          James R. Chastain, Jr. (#19518)
          Patrick Betts (#40701)
          Elizabeth Bueche (#41684)
          **KEAN MILLER LLP**
          400 Convention Street, Suite 700
          PO Box 3513 (70821-3513)
          Baton Rouge, LA  70802
          (225) 387-0999

          sonny.chastain@keanmiller.com
          patrick.betts@keanmiller.com
          elizabeth.bueche@keanmiller.com

          ***Attorneys for Credit Corp Solutions, Inc.***


## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed Defendant Credit Corp Solutions, Inc.'s Unopposed Motion and Brief For Extension of Time To Respond To Plaintiff's Complaint using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 23rd day of June 2026.


          /s/ *Patrick M. Betts*
          Patrick M. Betts

- 3 -

4932-6472-8247 v1