# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

EDWARD BLUE
Plaintiff

v.

EXPERIAN INFORMATION  SOLUTIONS, INC, et al.
Defendant

3:26-CV-00470-JWD-EWD

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Credit Corp Solutions, Inc.

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Defendant, Credit Corp Solutions, Inc., Plaintiff, Edward Blue, Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, National Credit Adjusters, LLC, Midland Credit Management, Inc.

Patrick M. Betts (#40701)

Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.