**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRCIT OF LOUISIANA**

| | |
|---|---|
| EDWARD BLUE,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, NATIONAL CREDIT ADJUSTERS, LLC, MIDLAND CREDIT MANAGEMENT, INC and CREDIT CORP SOLUTIONS, INC,<br><br>      Defendants. | CASE NO. 3:26-CV-00470-JWD-EWD<br><br><br>JUDGE JOHN W. deGRAVELLES<br><br>MAGISTRATE JUDGE ERIN WILDER DOOMES |

## CORPORATE DISCLOSURE STATEMENT

This Corporate Disclosure Statement is filed on behalf of Credit Corp Solutions, Inc., in compliance with the provisions of: (*check one*)

**_X_** Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1) of the Federal Rule of Criminal Procedure, which provides that any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2) of the Federal Rule of Criminal Procedure, which provides that if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party or intervenor hereby declares as follows:**

_____ The party does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

 **X**  The party has the following parent corporation(s): (Attach additional pages if needed.)

Defendant Credit Corp Solutions, Inc.'s parent corporation is Credit Corp Facilities Pty LTD, an Australian publicly traded company. There are no publicly held corporations that hold 10% or more of Defendant Credit Corp Solutions, Inc.'s stock.

_____ The following publicly held corporation(s) own 10% or more of the party's stock: (Attach additional pages if needed.)

|  | Relationship |  |
|---|---|---|
|  | Relationship |  |

_____ Other (please explain) _____

**A supplemental Corporate Disclosure Statement will be filed upon any change in the information provided herein.**

Dated: June 24, 2026                    Respectfully submitted:


                                        /s/ *Patrick M. Betts*
                                        James R. Chastain, Jr. (#19518)
                                        Patrick Betts (#40701)
                                        Elizabeth Bueche (#41684)
                                        **KEAN MILLER LLP**
                                        400 Convention Street, Suite 700
                                        PO Box 3513 (70821-3513)
                                        Baton Rouge, LA  70802
                                        (225) 387-0999

                                        sonny.chastain@keanmiller.com
                                        patrick.betts@keanmiller.com
                                        elizabeth.bueche@keanmiller.com

                                        ***Attorneys for Credit Corp Solutions, Inc.***

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 24th day of June, 2026.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

/s/ *Patrick M. Betts*
Patrick M. Betts