**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**EDWARD BLUE**                                             **CASE NO. 3:26-CV-00470-JWD-EWD**

**VERSUS**                                                       **JUDGE JOHN W. deGRAVELLES**

**EXPERIAN INFORMATION**                         **MAGISTRATE JUDGE ERIN WILDER**
**SOLUTIONS, INC., et al.**                             **DOOMES**

**DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.'S**
**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Middle District of Louisiana, Defendant Midland Credit Management, Inc. hereby files its Certificate of Interested Parties and Corporate Disclosure Statement, certifying as follows:

(1)     The undersigned counsel of record for Midland certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of Midland's stock:

- Edward Blue (Plaintiff)
- Encore Capital Group, Inc. (NASDAQ: ECPG) (100% owner of Midland Credit Management, Inc.)
- Midland Credit Management, Inc. (Defendant)
- Experian Information Solutions, Inc. (Defendant)
- Equifax Information Services, LLC (Defendant)
- Trans Union, LLC (Defendant – Terminated 06/06/2026)
- National Credit Adjusters, LLC (Defendant)
- Credit Corp Solutions, Inc. (Defendant)

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

30247418.2

- The undersigned is not aware at this time of any other persons, etc. with a financial or other interest in this case or which could be substantially affected by the outcome of this particular case.

(3)    The undersigned further certifies that the following is a full and complete list of all

persons serving as attorneys for the parties, including proposed intervenors, in this case:

- **For Plaintiff Edward Blue:**
  Jonathan Raburn
  Raburn Kaufman LLC
  6108 Siegen Lane, Suite B
  Baton Rouge, LA  70809
  Telephone:  (225) 412-2777
  jraburn@raburnkaufman.com

- **For Defendant Experian Information Solutions, Inc.:**
  Julie Moffett McCall
  Butler Snow
  445 N. Blvd., Suite 300
  Baton Rouge, LA  70802
  Telephone:  (225) 325-8734
  julie.mccall@butlersnow.com

  **Fatmeh Basma**
  Goodwin Procter LLP
  1900 N Street N.W.
  Washington, DC 20036
  Telephone:  (202) 346-4528
  fbasma@goodwinlaw.com

- **For Defendant Midland Credit Management, Inc.:**
  Matthew W. McDade
  Balch & Bingham LLP
  1310 25th Avenue
  Gulfport, MS  39501
  Telephone:  (228) 864-9900
  mmcdade@balch.com

2

30247418.2

- **For Defendant Credit Corp Solutions, Inc.:**
  James R. Chastain, Jr.
  Patrick Betts
  Elizabeth Bueche
  Kean Miller LLP
  400 Convention Street, Suite 700
  P. O. Box 3513 (70821-3513)
  Baton Rouge, LA  70802
  Telephone:  (225) 387-0999
  sonny.chastain@keanmiller.com
  patrick.betts@keanmiller.com
  elizabeth.bueche@keanmiller.com

- **For Defendant Equifax Information Services, LLC:**
  Unknown

- **For Defendant National Credit Adjusters, LLC:**
  Unknown

(4)    Jurisdiction in this case is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted, this the 25th day of June, 2026.

MIDLAND CREDIT MANAGEMENT, INC.

BY:    BALCH & BINGHAM LLP

BY:    /s/ *Matthew W. McDade*
Of Counsel

Matthew W. McDade (LA Bar No. 32899)
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
Telephone:  (228) 864-9900
Facsimile:  (228) 864-8221
mmcdade@balch.com

3

30247418.2

## CERTIFICATE OF SERVICE

I certify that on this day I have caused the foregoing pleading to be filed electronically filed with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

This the 25th day of June, 2026.

/s/ *Matthew W. McDade*

Of Counsel

30247418.2