**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| EDWARD BLUE, | Case No. 3:26-cv-00470-JWD-EWD |
| Plaintiff, | Honorable Judge John W. deGravelles |
| v. | Magistrate Judge Erin Wilder-Doomes |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, NATIONAL CREDIT ADJUSTERS, LLC, MIDLAND CREDIT MANAGEMENT, INC. and CREDIT CORP SOLUTIONS, INC., | |
| Defendants. | |

**DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned

attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of

Equifax, Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or

more of Equifax's stock.

DATED:  July 6, 2026

Respectfully submitted,

JONES WALKER LLP


By:  */s/ Patrick M. Van Burkleo*

Patrick M. Van Burkleo (#41471)
pvanburkleo@joneswalker.com
JONES WALKER LLP
201 St. Charles Avenue
New Orleans, LA  70170-5100
Telephone:  (504) 582-8464
Facsimile:  (504) 589-8398

*Counsel for Defendant*
*Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026, I presented the foregoing DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

  */s/ Patrick M. Van Burkleo*
Patrick M. Van Burkleo
*Counsel for Defendant*
*Equifax Information Services LLC*